IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41448
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BARRY WAYNE GUY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-99-CR-226-1
--------------------
October 23, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Barry Wayne Guy ("Guy") on appeal has requested leave to withdraw as counsel and filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Guy filed a response. Pursuant this court's order, counsel filed a supplemental letter brief. Guy filed a response to this brief as well.

Our independent review of the briefs, responses, and the record discloses no nonfrivolous issues. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5th
Cir. R. 42.2.